SETON HALL COLLEGE

*v.*

CALUMET CONSTRUCTION COMPANY et al.

[Submitted December 9th, 1912.   Decided March 6th, 1913.]

Appeal of Nathan Bilder, trustee in bankruptcy.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p. 148.*

*Messrs. Peirce & Hoover,* for the appellant.

*Mr. Gilbert Collins,* for the respondent.

PER CURIAM.

The portion of the decree brought under review by the present appeal will be affirmed, for the reasons set out in the opinion delivered in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, KALISCH, BOGERT, VREDENBURGH, CONGDON—9.

*For reversal*—None.